# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SHILOH CHRISTIAN CENTER,

        Plaintiff,

v.                                                    Case No:   6:20-cv-1774-CEM-LHP

ASPEN SPECIALTY INSURANCE
COMPANY,

        Defendant

_____

## ORDER

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION FOR ENTITLEMENT TO ATTORNEY'S FEES AND COSTS AND NOTICE OF CHARING LIEN (Doc. No. 55)**
>
> **FILED:**   **May 11, 2023**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

    The motion fails to comply with the Local Rules, including Local Rules 3.01(g) and 7.01(b).   The motion also improperly combines requests for two different forms of affirmative relief into one motion.   *See, e.g., Collins v. Bereczki*, No. 8:19-cv-

162-T-24JSS, 2020 WL 1433052, at *2 (M.D. Fla. Mar. 24, 2020) ("It is not proper to combine requests for two different forms of relief into one motion. . . ."); *Est. of Coleman v. Scott*, No. 2:10-cv-105-FtM-36SPC, 2010 WL 3042822, at *1 (M.D. Fla. July 30, 2010) ("Each separate request for relief should be set forth in separate motions. . . .").

Any renewed motion(s) must fully comply with all Federal Rules of Civil Procedure, Local Rules, and Court Orders.

**DONE** and **ORDERED** in Orlando, Florida on May 12, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties