UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHILOH CHRISTIAN CENTER,**

      **Plaintiff,**

v.                                                Case No.  6:20-cv-1774-CEM-LHP

**ASPEN SPECIALTY
INSURANCE COMPANY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court upon remand from the Eleventh Circuit Court of Appeals. Previously, this Court granted judgment in this case in favor of Defendant and against Plaintiff. (May 9, 2022 Order, Doc. 41, at 14). Plaintiff appealed. (Pl.'s Notice of Appeal, Doc. 44, at 1). The Eleventh Circuit reversed and remanded, noting that Plaintiff failed to request judgment from the Eleventh Circuit but that "[i]n light of [the court's] analysis," Plaintiff "may well be entitled to summary judgment." (Apr. 28, 2023 Opinion, Doc. 53, at 20; Judgment, Doc. 57, at 3). Upon review of the Eleventh Circuit's Opinion and analysis contained therein, this Court agrees that Plaintiff is entitled to judgment.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Eleventh Circuit's Opinion is **ADOPTED** and incorporated by reference into this Order.

2. The previous Judgment (Doc. 42) is **VACATED**.

3. **On or before June 14, 2023**, Plaintiff shall brief the Court as to the issue of damages. Failure to do so will result in the dismissal of any claim for monetary relief. Defendant may respond within fourteen days of Plaintiff filing its brief.

**DONE** and **ORDERED** in Orlando, Florida on May 31, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record